IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **AGREE LIMITED PARTNERSHIP**<br>        *Plaintiff,*<br><br>v.<br><br>**NORTHWEST TIDWELL, LTD. AND PYRAMID ATX CONSTRUCTION LLC**<br>        *Defendant/Third-Party Plaintiff,*<br><br>v.<br><br>**MONTICELLO MASONRY ENTERPRISES, LLC AND SURE SEAL, LLC,**<br>        *Third-Party Defendants.* | § § § § § § § § § § § § § § § § § | **CASE NO. 6:24-CV-00211-ADA-DTG** |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Gilliland (Dkt. 52) regarding Defendant Northwest Tidwell, Ltd.'s Motion to Dismiss Agree Limited Partnership's Claims Pursuant to Federal Rules of Civil Procedure 12(b)(6) (Dkt. 11). The report recommends that Defendant's Motion to Dismiss (Dkt. 11) is **DENIED**. The report was filed on January 22, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When

no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 52) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Northwest Tidwell, Ltd.'s Motion to Dismiss Agree Limited Partnership's Claims Pursuant to Federal Rules of Civil Procedure 12(b)(6) (Dkt. 11) is **DENIED.**

**SIGNED** this 23rd day of October, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE