**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **AGREE LIMITED PARTNERSHIP,** *Plaintiff*, | § § § § | |
| **v.** | § § § | |
| **NORTHWEST TIDWELL, LTD. AND PYRAMID ATX CONSTRUCTION, LLC,** *Defendant/Third-Party Plaintiff*, | § § § § § § | **CASE NO. 6:24-CV-00211-ADA-DNM** |
| **v.** | § § § | |
| **MONTICELLO MASONRY ENTERPRISES, LLC, SURE SEAL, LLC, FRANZ ARCHITECTS, INC.,** *Third-Party Defendants*. | § § § § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan N. MacLemore (Dkt. 149). The report recommends that this Court **DENY** Northwest Tidwell's Motion for Summary Judgment (Dkt. 85) and Agree's Motion for Partial Summary Judgment on its Claim for Declaratory Judgment (Dkt. 86). *Id.* at 1, 10. The report was filed on June 9, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When

no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (Dkt. 149) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Northwest Tidwell's Motion for Summary Judgment (Dkt. 85) is hereby **DENIED**.

**IT IS FURTHER ORDERED** that and Agree's Motion for Partial Summary Judgment on its Claim for Declaratory Judgment (Dkt. 86) is hereby **DENIED**.

**SIGNED** this 1st day of July, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE